CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California  95814
Telephone:   (916) 414-8050
Facsimile:    (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant JUAN MUNOZ-HERRERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>OTILIA MALDONADO-VARGAS and JUAN MUNOZ-HERRERA, et. al.,<br><br>  Defendants. | Case No. 2:15-CR-0138-JAM<br><br>**AMENDED** STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  December 1, 2015<br>Time:  9:15 a.m.<br>Judge: Judge John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants OTILIA MALDONADO-VARGAS and JUAN MUNOZ-HERRERA, through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on December 1, 2015, at 9:15 A.m., before Judge John A. Mendez.

2. By this stipulation, defendants now move to continue the status conference until February 2, 2016, at 9:15 a.m. before Judge John A. Mendez, and to exclude time between December 1, 2015, and February 2, 2016, inclusive, under Local Code T4 (to allow defense counsel time to prepare).

1    AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has produced discovery associated with this directly to counsel and/or made available for inspection and copying.

b. Counsel for defendant OTILIA MALDONADO-VARGAS was substituted into this case on August 25, 2015.

c. Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery in this matter, and to discuss potential resolutions with their clients.

d. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government does not object to the continuance.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 1, 2015, to February 2, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Dated: November 25, 2015    */s/ Candice L. Fields for*
SAMUEL WONG
Assistant United States Attorney
Attorney for Plaintiff

Dated: November 25, 2015    */s/ Candice L. Fields*
Candice L. Fields
Attorney for Defendant
JUAN MUNOZ-HERRERA

Dated: November 25, 2015    */s/ Candice L. Fields for*
Clemente M. Jimenez
Attorney for Defendant
OTILIA MALDONADO-VARGAS

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for December 1, 2015, at 9:15 a.m., be continued to February 2, 2016, at 9:15 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time from December 1, 2015, to and including, February 2, 2016, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] (Local Code T4).

IT IS SO ORDERED.

Dated: November 30, 2015    /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge