CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California  95814
Telephone:   (916) 414-8050
Facsimile:     (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant JUAN MUNOZ-HERRERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>OTILIA MALDONADO-VARGAS and JUAN MUNOZ-HERRERA, et. al.,<br><br>　　　　　　Defendants. | Case No. 2:15-CR-0138-GEB<br><br>STIPULATION TO CONTINUE STATUS HEARING AND SET FOR A CHANGE OF PLEA<br><br>Date:  February 5, 2016<br>Time:  9:00 a.m.<br>Judge: Judge Garland E. Burrell, Jr. |

　　　Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Samuel Wong, defendant Juan Munoz-Herrera, by and through his counsel of record Candice L. Fields, and defendant Otilia Maldonado-Vargas, by and through her counsel of record Clemente M. Jimenez, hereby stipulate to continue the previously set status conference from February 5, 2015, at 9:00 a.m. and set the matter for a status conference/change of plea hearing on March 4, 2016, at 9:00 a.m. for the reasons set forth below.

　　　Counsel for defendant Munoz-Herrera is unavailable to attend the currently scheduled February 5, 2015, due to a calendar conflict with out of state travel that was arranged and paid for prior to the scheduling of this matter on that date.  In addition, counsel

for defendant Munoz-Herrera is requesting this continuance so that the parties can finalize the terms of a plea agreement and allow her time to explain the ramifications of the plea agreement versus the risks of proceeding to trial to her client.  These tasks are made more difficult because Munoz-Herrera's primary language is Spanish and the services of a Spanish/English interpreter will be necessary to accomplish these tasks.

Defendant Maldonado-Vargas also desires a continuance of her status conference to the new date to provide her counsel time to conduct additional investigation and present to the United States additional mitigating information in her defense before resolving the prosecution against her.

The parties agree that the Court should find that the failure to grant this requested continuance would deny respective counsel for both defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny Munoz-Herrera continuity of counsel.  The parties further agree and request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a trial within the time periods prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 5, 2016 and March 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

IT IS SO STIPULATED.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated: February 1, 2016                */s/ Samuel Wong*
                                              SAMUEL WONG
                                              Assistant United States Attorney


Dated: February 1, 2016                */s/ Candice L. Fields*
                                              Candice L. Fields
                                              Attorney for Defendant
                                              JUAN MUNOZ-HERRERA


Dated: January __, 2016                */s/ Candice L. Fields*
                                              Clemente M. Jimenez
                                              Attorney for Defendant
                                              OTILIA MALDONADO-VARGAS


**ORDER**

      UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for February 5, 2016, at 9:00 a.m., shall be continued for a status conference/change of plea on March 4, 2016, at 9:00 a.m.  Based on the representations of the parties in their stipulation, the Court finds that the failure to grant this requested continuance would deny respective counsel for both defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny Munoz-Herrera continuity of counsel.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, within which trial must commence, the time period of February 5, 2016 through March 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because the results from a continuance granted by the Court at defendants' request on the basis of the Court's finding

that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  February 1, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge