CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California  95814
Telephone:    (916) 414-8050
Facsimile:     (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant JUAN MUNOZ-HERRERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0138-GEB |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS HEARING AND SET FOR A CHANGE OF PLEA |
| OTILIA MALDONADO-VARGAS and JUAN MUNOZ-HERRERA, et. al., | Date:   May 27, 2016<br>Time:   9:00 a.m.<br>Judge: Judge Garland E. Burrell, Jr. |
| Defendants. | |

   Plaintiff United States of America, by and through its counsel of record Samuel Wong, and defendant Juan Munoz-Herrera, by and through his counsel of record Candice L. Fields, hereby stipulate to continue the previously set status conference from May 27, 2016, at 9:00 a.m. and set the matter for a change of plea hearing on June 3, 2016, at 9:00 a.m.

   Counsel for defendant Munoz-Herrera is unavailable to attend the currently scheduled status conference/change of plea set for May 27, 2016, due to a calendar conflict.  In addition, counsel for defendant Munoz-Herrera is requesting this continuance so that the parties can finalize the terms of a plea agreement and allow her time to explain the ramifications of the plea agreement versus the risks of proceeding to trial to her client.

1        STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

These tasks are made more difficult because Munoz-Herrera's primary language is Spanish and the services of a Spanish/English interpreter are necessary to accomplish these tasks.

Defendant Maldonado-Vargas also desires a continuance of her status conference to the new date to provide her counsel time to conduct additional investigation and present to the United States additional mitigating information in her defense before resolving the prosecution against her.

The parties agree that the Court should find that the failure to grant this requested continuance would deny respective counsel for both defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny Munoz-Herrera continuity of counsel.  The parties further agree and request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a trial within the time periods prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 27, 2016 and June 3, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: May _, 2016          /s/ Candice L. Fields for
                                        Samuel Wong
                                        Assistant United States Attorney

Dated: May 23, 2016         /s/ Candice L. Fields
                            Candice L. Fields
                            Attorney for Defendant
                            JUAN MUNOZ-HERRERA

Dated: May 23, 2016         /s/ Candice L. Fields for
                            Clemente M. Jimenez
                            Attorney for Defendant
                            OTILIA MALDONADO-VARGAS

### [PROPOSED] ORDER

UPON GOOD CAUSE SHOWN from the stipulation of the parties, it is ordered that the parties' stipulation, including the parties' proposed findings, are adopted by the Court in their entirety as the Court's Order. It is further Ordered that the status conference presently set for May 27, 2016, at 9:00 a.m., shall be continued to June 3, 2016, at 9:00 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, within which trial must commence, the time period of May 27, 2016 through June 3, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because the results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. Based on the

   IT IS SO ORDERED.

Dated: May 24, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge