CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for OTILIA MALDONADO-VARGAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>OTILIA MALDONADO-VARGAS,<br><br>  Defendants. | Case No.: 15-138 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   July 29, 2016<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell, Jr. |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Otilia Maldonado-Vargas, that the status conference scheduled for July 29, 2016, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on August 26, 2016, at 9:00 a.m., for further status conference.

　　　The parties continue to address issues that must be resolved before moving forward with resolution of this matter.  Further, the defense requires additional time to conduct further investigation to present mitigating evidence on the defendant's behalf to the United States.

　　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

07/27/16

4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     July 26, 2016            /S/     Samuel Wong_____
                                    PHILLIP A. TALBERT
                                    Acting United States Attorney
                                    by SAMUEL WONG
                                    Attorney for Plaintiff

                                    /S/     Clemente M. Jiménez_____
                                    CLEMENTE M. JIMÉNEZ
                                    Attorney for Otilia Maldonado-Vargas

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for July 29, 2016, at 9:00 a.m., be vacated and the matter continued to August 26, 2016, at 9:00 a.m., for further status conference. The Court finds that time under the Speedy Trial Act be excluded from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial. The Court further finds that the failure to grant the requested continuance would unreasonably deny counsel for defendant Otilia Maldonado-Vargas reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: July 27, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

07/27/16