PHILLIP A. TALBERT
Acting United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2772

Attorneys for plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>OTILIA MALDONADO-VARGAS,<br><br>  Defendants. | Case No.: 2:15-CR-138 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Court:  Hon. Garland E. Burrell |

Plaintiff United States of America and defendant Otilia Maldonado-Vargas, by and through their respective counsel, stipulate and agree to continue the presently set August 26, 2016, status conference to January 13, 2017, at 9:00 a.m.

The parties continue to address issues that must be resolved before moving forward with resolution of this matter.  Further, the defense requires additional time to January 13, 2017, to conduct further investigation to present mitigating evidence on the defendant's behalf to the United States before attempting to resolve this case.

STIPULATION & ORDER

1    IT IS FURTHER STIPULATED that: (1) the Court should order that time from the date of this stipulation, August 24, 2016, to and including the date of the new status conference, January 13, 2017, be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq., pursuant to Section 3161(h)(7)(A) and (B)(iv) and Local Code T-4; (2) the Court should find that the failure to grant the requested continuance would deny defense counsel for Maldonado-Vargas reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (3) the Court should find the ends of justice served in granting the requested continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

PHILLIP A. TALBERT
Acting United States Attorney

DATED: August 24, 2016        By:    */s/     Samuel Wong*_____
                                     SAMUEL WONG
                                     Attorney for Plaintiff

DATED: August 24, 2016               */s/     Clemente M. Jiménez*__
                                     CLEMENTE M. JIMÉNEZ
                                     Attorney for defendant
                                     Otilia Maldonado-Vargas

**ORDER**

The Court having received, read, and considered, the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its Order.

IT IS FURTHER ORDERED, that the status conference in the above-entitled matter, scheduled for August 26, 2016, at 9:00 a.m., be vacated and the matter continued to January 13, 2017, at 9:00 a.m., for further status conference and time from the date of the parties' stipulation, August 24, 2016, to and including the date of the new status

1  conference, January 13, 2017, be excluded from computation of time within which the
2  trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161
3  et seq., pursuant to Section 3161(h)(7)(A) and (B)(iv) and Local Code T-4.
4       The Court specifically finds that:  (1) the failure to grant the requested continuance
5  would deny defense counsel for defendant Otilia Maldonado-Vargas reasonable time
6  necessary for effective preparation, taking into account the exercise of due diligence; and
7  (2) the ends of justice served in granting the requested continuance and allowing the
8  defendant further time to prepare outweigh the best interests of the public and the
9  defendant in a speedy trial.

Dated:  August 25, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION & ORDER