CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for OTILIA MALDONADO-VARGAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>OTILIA MALDONADO-VARGAS,<br><br>  Defendants. | Case No.: 15-138 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   January 13, 2017<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Otilia Maldonado-Vargas, that the status conference scheduled for January 13, 2017, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on February 10, 2017, at 9:00 a.m., for further status conference.

   The government has represented that a plea agreement is forthcoming. Counsel will require time to review the plea agreement with Ms. Maldonado-Vargas to explain the conditions and consequences of the plea agreement versus the possible ramifications of proceeding to trial. This task is made more difficult as Ms. Maldonado-Vargas' primary language is Spanish and the services of a Spanish/English interpreter will be necessary.

01/12/17

1  The parties further agree that the failure to grant the requested continuance would
2  deny defense counsel reasonable time necessary for effective preparation, taking into
3  account the exercise of due diligence.
4  IT IS FURTHER STIPULATED that time within which the trial of this case must
5  be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded
6  from the date of the parties' stipulation, January 11, 2017, to and including February 10,
7  2017, from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local
8  code T-4), and that the ends of justice served in granting the continuance and allowing
9  the defendant further time to prepare outweigh the best interests of the public and the
10 defendant to a speedy trial.

12 DATED:   January 11, 2017          /S/    Samuel Wong_____
13                                    PHILLIP A. TALBERT
                                      United States Attorney
14                                    by SAMUEL WONG
                                      Attorney for Plaintiff
15

16
                                      /S/    Clemente M. Jiménez_____
17                                    CLEMENTE M. JIMÉNEZ
18                                    Attorney for Otilia Maldonado-Vargas

**ORDER**

24 IT IS SO ORDERED, that the status conference in the above-entitled matter,
25 scheduled for January 13, 2017, at 9:00 a.m., be vacated and the matter continued to
26 February 10, 2017, at 9:00 a.m., for further status conference.  The Court finds that 1)
27 the failure to grant the requested continuance would deny defense counsel reasonable
28 time necessary for effective preparation, taking into account the exercise of due diligence,

01/12/17

and 2) the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

It is hereby ordered that time under the Speedy Trial Act be excluded from the date of the parties' stipulation, January 11, 2017, to and including February 10, 2017, from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv) for defense preparation.

Dated:  January 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

01/12/17