CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for OTILIA MALDONADO-VARGAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OTILIA MALDONADO-VARGAS,<br><br>    Defendants. | Case No.: 15-138 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   March 17, 2017<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Otilia Maldonado-Vargas, that the status conference scheduled for March 17, 2017, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on April 28, 2017, at 9:00 a.m., for further status conference.

The parties are in ongoing negotiations to settle the case, but require additional time to investigate matters affecting the terms of resolution. Further, defense counsel will require additional time to confer with Ms. Maldonado-Vargas regarding these matters.

The parties further agree that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

03/16/17

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from the date of the parties' stipulation, March 15, 2017, to and including April 28, 2017, from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     March 15, 2017            /S/     Samuel Wong_____
                                     PHILLIP A. TALBERT
                                     United States Attorney
                                     by SAMUEL WONG
                                     Attorney for Plaintiff


                                     /S/     Clemente M. Jiménez_____
                                     CLEMENTE M. JIMÉNEZ
                                     Attorney for Otilia Maldonado-Vargas

03/16/17

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for March 17, 2017, at 9:00 a.m., be vacated and the matter continued to April 28, 2017, at 9:00 a.m., for further status conference.  The Court finds that 1) the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and 2) the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

It is hereby ordered that time under the Speedy Trial Act be excluded from the date of the parties' stipulation, March 15, 2017, to and including April 28, 2017, from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv) for defense preparation.

Dated:  March 16, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

03/16/17