1  PHILLIP A. TALBERT
   United States Attorney
2  SAMUEL WONG
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
5  (916) 554-2772

6  Attorneys for plaintiff
7  United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-138 GEB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| OTILIA MALDONADO-VARGAS, et al., | Court: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

Plaintiff United States of America and defendant Otilia Maldonado-Vargas, by and through their respective counsel, stipulate and agree to continue the presently set April 28, 2016, status conference to June 2, 2017, at 9:00 a.m.

The parties continue to address issues that must be resolved before moving forward with resolution of this matter. Further, the defense requires additional time to June 2, 2017, to conduct further investigation to present mitigating evidence on the defendant's behalf to the United States before attempting to resolve this case.

IT IS FURTHER STIPULATED that: (1) the Court should order that time from the date of this stipulation, April 27, 2016, to and including the date of the new status conference, June 2, 2017, be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq., pursuant to Section 3161(h)(7)(A) and (B)(iv) and Local Code T-4; (2) the Court should find that the failure to grant the requested continuance would deny defense counsel for Maldonado-Vargas reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (3) the Court should find the ends of justice served in granting the requested continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

PHILLIP A. TALBERT
United States Attorney

DATED: April 27, 2016    By:    /s/    Samuel Wong
                                SAMUEL WONG
                                Attorney for Plaintiff

DATED: April 27, 2016           /s/    Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for defendant
                                Otilia Maldonado-Vargas

**ORDER**

The Court having received, read, and considered, the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its Order.

IT IS FURTHER ORDERED, that the status conference in the above-entitled matter, scheduled for April 28, 2016, at 9:00 a.m., be vacated and the matter continued to June 2, 2017, at 9:00 a.m., for further status conference and time from the date of the parties' stipulation, April 27, 2016, to and including the date of the new status

conference, June 2, 2017, be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq., pursuant to Section 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

The Court specifically finds that: (1) the failure to grant the requested continuance would deny defense counsel for defendant Otilia Maldonado-Vargas reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served in granting the requested continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

Dated: April 27, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge