FILED
June 30, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>OTILIA MALDONADO-VARGAS,<br><br>　　　　Defendant. | Case No. 15CR00138-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __OTILIA MALDONADO-VARGAS__ , Case No. __15CR00138-GEB__ , Charge __21USC § 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__　__　Release on Personal Recognizance

　　__　__　Bail Posted in the Sum of $_____

　　　　__　__　Unsecured Appearance Bond $_____

　　　　__　__　Appearance Bond with 10% Deposit

　　　　__　__　Appearance Bond with Surety

　　　　__　__　Corporate Surety Bail Bond

　　__✔__　(Other)　　__Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __June 30, 2017__ at __2:00 pm__ .

　　　　　　　　　　　　　　　　By   /s/ Allison Claire/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　Allison Claire
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copy 2 - Court