PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:15-CR-138 GEB |
|---|---|
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S |
| | ) REQUEST TO SEAL DOCUMENTS |
| v. | ) (LOCAL RULE 141) |
| OTILIA MALDONADO-VARGAS and JUAN MUNOZ-HERRERA, | ) |
| Defendants. | ) |

Pursuant to Local Rule 141(b) and based upon the representations contained in plaintiff United States of America's Request To Seal Documents, and good cause appearing therefrom, IT IS HEREBY ORDERED that the United States' Request To Seal Documents consisting of five pages numbered (1-5) shall be SEALED until further order of this Court.

Based on the information contained in the Request To Seal Documents, the Court finds that public dissemination of the sensitive information concerning the potential witness is unnecessary at this time as it remains to be seen whether the witness will, in fact, testify, on the one hand, but could lead to physical retribution against the witness and the witness' family if the information is revealed, on the other hand.

In the event that the witness referred to in the United States' Request to Seal Documents is called to testify, it is ORDERED that the United States shall forthwith provide any exculpatory and/or impeachment information related to the witness to the adverse party.

1

The Court further finds that sealing the United States' Request To Seal Documents is essential to preserve higher values than the right of access by the press and the public to court proceedings and documents under the First Amendment and is narrowly tailored to serve those higher interests.

Dated: September 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge