CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for OTILIA MALDONADO-VARGAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OTILIA MALDONADO-VARGAS,<br><br>Defendants. | Case No.: 15-138 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: January 5, 2018<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Otilia Maldonado-Vargas, that the status conference scheduled for January 5, 2018, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on January 19, 2018, at 9:00 a.m., for further status conference.

The parties have been in ongoing negotiations and anticipate that they are near resolution of the matter. Once settlement terms have been finalized, defense counsel will require additional time to review them with Ms. Maldonado-Vargas. In addition, Ms. Maldonado-Vargas lives in the Fortuna, California, which will require five hours of travel each way to appear in court.

01/04/18

The parties further agree that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from the date of the parties' stipulation, January 4, 2018, to and including January 19, 2018, from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

McGREGOR W. SCOTT
United States Attorney

DATED: January 4, 2018    /S/    Samuel Wong_____

by SAMUEL WONG
Assistant United States Attorney for Plaintiff


/S/    Clemente M. Jiménez_____
CLEMENTE M. JIMÉNEZ
Attorney for Otilia Maldonado-Vargas

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for January 5, 2018, at 9:00 a.m., be vacated and the matter continued to January 19, 2018, at 9:00 a.m., for further status conference. The Court finds that 1) the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and 2) the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

It is hereby ordered that time under the Speedy Trial Act be excluded from the date of the parties' stipulation, January 4, 2018, to and including January 19, 2018, from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv) for defense preparation.

Dated: January 4, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge