1  MCGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772

5

6  Attorneys for plaintiff
   United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-138-GEB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| OTILIA MALDONADO-VARGAS, | |
| Defendant. | Date: February 23, 2018<br>Time: 9:00 a.m.<br>Court: Hon. Garland E. Burrell, Jr. |

17     It is hereby stipulated and agreed by and between plaintiff United States of America, on

18 the one hand, and defendant Otilia Maldonado-Vargas, on the other hand, through their

19 respective attorneys, that the presently set January 19, 2018, at 9:00 a.m., status conference

20 hearing shall be continued by the Court to February 23, 2018, at 9:00 a.m., to: (1) allow defense

21 counsel to review with his client a deferred prosecution agreement that he recently received that

22 is designed to possibly resolve this prosecution; (2) explain to his client's understanding the facts

23 likely to be established in a trial and the applicable law to determine whether defendant is guilty

24 of the charges in the Indictment; and (3) explain the benefits of a deferred prosecution agreement

25 as a means of potential pretrial resolution versus the risks and ramifications of proceeding to

26 trial. This task is made more difficult because defendant resides approximately five hours away

27 from Sacramento where her attorney has his place of business.

28
                                            1
STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME

1     The parties agree and request that the Court find that: (1) the failure to grant this requested continuance would deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

    The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, January 17, 2018, to and including the February 23, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow counsel for defendant reasonable time necessary for effective preparation of his client's defenses.

Dated: January 17, 2018      */s/ Clemente Jiménez*
                                             _____
                                             CLEMENTE JIMÉNEZ
                                             Attorney for defendant
                                             OTILIA MALDONADO-VARGAS
                                             (Per telephone authorization)

Dated: January 17, 2018      MCGREGOR W. SCOTT
                                             United States Attorney

                                             */s/ Samuel Wong*
                            By: _____
                                             SAMUEL WONG
                                             Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set January 19, 2018, at 9:00 a.m., status conference hearing shall be continued to February 23, 2018, at 9:00 a.m.

Based on the representations of the parties in his stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of the parties' stipulation, January 17, 2018, to and including the February 23, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow counsel for defendant reasonable time necessary for effective preparation of his client's defenses.

IT IS SO ORDERED.
Dated: January 19, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge