MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OTILIA MALDONADO-VARGAS, ET AL.,<br><br>Defendants. | CASE NO. 2:15-CR-138 GEB<br><br>STIPULATION AND ORDER RE: DEFENDANT OTILIA MALDONADO-VARGAS' DEFERRED PROSECUTION, VACATING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

Whereas, plaintiff United States of America and defendant Otilia Maldonado-Vargas have reached a deferred prosecution agreement, whereby, in the event that Maldonado-Vargas successfully and completely satisfies and complies with her obligations under such agreement, the United States will request that the Court dismiss without prejudice the Indictment against Maldonado-Vargas,

It is hereby stipulated by and between the United States, on the one hand, and Maldonado-Vargas, on the other hand, through their respective counsel, that:

1. The Court vacate the presently set February 23, 2018, status conference.

2. The Court order that Maldonado-Vargas remain on pretrial supervision by the United States Pretrial Services Office until the latter of either: (1) Maldonado-Vargas successfully completes her deferred prosecution term, currently set for July 31, 2019; or (2) the resolution of this case, if Maldonado-Vargas does not successfully complete her deferred prosecution term.

3. The Court approve of the use of a deferred prosecution agreement as a means to attempt to resolve this case, within the meaning of 18 U.S.C. § 3161(h)(2) and Local Code I.

1

4. The Court find and order that time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from the date of the parties' stipulation, February 20, 2018, to and including July 31, 2019, which is the entire term that Maldonado-Vargas is placed on deferred prosecution status, including any extensions of the deferred prosecution term, shall be excluded from computation of time within which the trial of this case must be commenced, pursuant to 18 U.S.C. § 3161(h)(2) and Local Code I.

5. The Court find that the ends of justice in granting the requested continuance in the status conference outweigh the best interests of the public and Maldonado-Vargas in a Speedy Trial.

DATED: _February 20, 2018

*/s/ Clemente Jimenez*

CLEMENTE JIMENEZ
Attorney for defendant
Otilia Maldonado-Vargas

DATED: February 20, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ Samuel Wong*

By:

SAMUEL WONG
Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the representation of the parties and good cause appearing therefrom, the Court hereby approves of the use of a deferred prosecution agreement as a potential means to resolve the prosecution against defendant Otilia Maldonado-Vargas, within the meaning of 18 U.S.C. § 3161(h)(2) and Local Code I. The Court orders that Maldonado-Vargas remain on pretrial supervision by the United States Pretrial Services Office until the latter of either: (1) Maldonado-Vargas successfully completes her deferred prosecution term, currently set for July 31, 2019; or (2) the resolution of this case, if Maldonado-Vargas does not successfully complete her deferred prosecution term.

It is ordered that time beginning from the parties' stipulation on February 20, 2018, to and including the entire term that Maldonado-Vargas is placed on deferred prosecution status, including any extensions of the deferred prosecution term, shall be excluded from computation of time within which the trial of this case must be commenced, pursuant to 18 U.S.C. § 3161(h)(2) and Local Code I. The Court finds that the ends of justice to be served by granting a continuance of the status conference outweigh the best interests of the public and Maldonado-Vargas in a speedy trial.

It is hereby ordered that the February 23, 2018, status conference against Maldonado-Vargas is hereby vacated, and a status conference is scheduled to commence at 9:00 a.m. on August 2, 2019.

Dated: February 21, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge