1  McGREGOR W. SCOTT
   United States Attorney
2  QUINN HOCHHALTER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-138 GEB |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT OTILIA MALDONADO-VARGAS ONLY AFTER SUCCESSFUL COMPLETION OF DEFERRED PROSECUTION AGREEMENT, AND [PROPOSED] ORDER |
| v. | |
| OTILIA MALDONADO-VARGAS, ET AL., | |
| Defendants. | |

Plaintiff United States of America, by its counsel, McGregor W. Scott, United States Attorney for the Eastern District of California, and Quinn Hochhalter, Assistant United States Attorney, hereby moves to dismiss without prejudice the Indictment in this case against defendant Otilia Maldonado-Vargas only on the grounds that: (1) the parties had previously entered into a deferred prosecution agreement calling for the dismissal without prejudice of the Indictment against the defendant only upon her successful completion of the deferred prosecution term; and (2) the defendant will have successfully completed that term as of July 31, 2019.

///
///
///
///
///

1

Counsel for defendant, Clemente Jimenez, has no objection to the dismissal of the Indictment against Maldonado-Vargas only.  Therefore, it is requested the Indictment against defendant Maldonado-Vargas only be dismissed without prejudice and the status conference currently set for August 2, 2019 be vacated.

DATED:  _July 24, 2019

MCGREGOR W. SCOTT
United States Attorney

By: /s/ QUINN HOCHHALTER

QUINN HOCHHALTER
Assistant United States Attorney

## [PROPOSED] ORDER

The Court having received, read, and considered the motion of plaintiff United States of America to dismiss without prejudice the Indictment against defendant Otilia Maldonado-Vargas only, and good cause appearing therefrom, it is hereby ORDERED that the United States' motion is granted.

The Indictment against defendant Otilia Maldonado-Vargas only is hereby dismissed without prejudice.  The status conference currently set for August 2, 2019 is hereby VACATED.

It is so ORDERED.

Dated:  July 25, 2019

GARLAND E. BURRELL, JR.
Senior United States District Judge